# EXHIBIT 1

MAMMOET

**Equipment Sale and Purchase Agreement**
**No.: 0000.768.10.2024**

This Equipment Sale and Purchase Agreement (hereinafter referred to as the "**Agreement**") is made and entered into this 24th of October 2024 ("**Effective Date**") by and between:

**1)** **Mammoet USA South INC.,** a company incorporated under the laws of Texas, USA and having its principal place of business at 20525 FM 521, Rosharon, Texas 77583, United States of America (hereinafter referred to as "**Seller**");

and

**2)** **Forge Truck Centers LLC,** a company incorporated under the laws of Illinois, USA and having its principal place of business at 17170 US 30, Hinckley IL 60520, United States of America (hereinafter referred to as "**Buyer**").

Hereinafter Seller and Buyer shall be referred to individually as "**Party**" and collectively as "**Parties**".

A. WHEREAS Seller is the owner of 4 used Goldhofer THP/DL Trailers Incl. Auxiliary Items as more particularly described in Attachment 1 ("**Equipment**"); and

B. WHEREAS Buyer wishes to purchase the Equipment in accordance with the terms and conditions as described below in this Agreement.

NOW THEREFORE THE PARTIES AGREE AS FOLLOWS:

1. <u>Condition of Equipment and No Warranty.</u>

1.1 Seller transfers the title and ownership of the Equipment on an 'as is, where is' basis**,** and Buyer hereby accepts such transfer on the terms and conditions contained in this Agreement. Seller makes no warranty, expressed or implied, as to the design, operation, or as to the quality of the material or workmanship in the Equipment and all warranties including warranties of the merchantability or fitness for any particular purpose of the Equipment are hereby excluded.

2. <u>Agreed Price and Payment Terms.</u>

2.1 The agreed purchase price for the Equipment amounts to $ 334,500.00 USD (in words Three Hundred Twenty-Five Thousand USD) excluding Value Added Tax, (hereinafter referred to as the "**Agreed Price**"), which Buyer shall pay to Seller in the two (2) following installment(s):

i. $ 334,500.00 USD (100%) paid 5 days prior to Buyer collecting the Equipment, transferred to Seller's bank account specified in this Agreement.

The installment shall be made by wire transfer to the account of the Seller as referred to in Clause 4.

2.2 The date of payments for all instalments shall be the date upon which the amounts are to be received on the account of the Seller.

MAMMOET

2.3 If Buyer fails to make any payment due to Seller under the Agreement by the due date for payment, then Buyer shall pay interest on the overdue amount at the rate of 0.5% per month above without the need of a further notice or warning. Interest shall accrue on a monthly basis from the due date until actual payment of the overdue amount, whether before or after judgment.

3. Delivery and Transfer of Title

3.1 The Equipment shall be delivered on 'as is where is' 'Delivered at Place' (DAP Incoterms 2020) Hutchins, TX, United States of America basis per attachment 1 ("**Delivery**"). Risk shall pass to Buyer in accordance with the applicable incoterm.

3.2 The Buyer shall obtain, at its own risk and expense, any export license or other official authorization and carry out all customs formalities necessary for the export of the Equipment.

3.3 Delivery shall take place between 31st of October 2024 and the 30th of November 2024 (the "**Delivery Period**"). The Delivery Period shall be narrowed down to one firm date (the "**Delivery Date**") in accordance with a notification schedule which is at Seller's option. Each narrowed down Delivery Period shall be within the previously notified period, unless it appears that the delivery cannot take place within the previously notified Delivery Period, in which case Seller give notice to Buyer of a new Delivery Period or Delivery Date as soon as it is in position to do so with reasonable certainty. In any case, Delivery shall take place on or before the 30th of November 2024. By way of derogation from clause 11.5 of this Agreement, both Parties can jointly agree on a new Delivery date in writing without signing a modification of the Agreement by both Parties.

3.4 Buyer shall take Delivery of the Equipment at the agreed Delivery location in accordance with the agreed Incoterms, on the Delivery Date. Title and ownership to the Equipment shall transfer from Seller to Buyer upon receipt by Seller of the Agreed Price in full. The Parties will sign the Declaration of Delivery (Attachment 2) evidencing that the Equipment has been delivered by Seller to Buyer in accordance with the terms of the Agreement.

3.5 If Buyer fails to take delivery of the Equipment on the Delivery Date, Seller may charge additional costs arising out of Buyer's default including but not limited to transportation, storage, out-of-pocket expenses from the Delivery Date until Delivery is completed.

3.6 Buyer hereby declares that the end-user has confirmed to Buyer that:
  i. the Equipment won't be used to the benefit of any person or entity targeted or otherwise subject to EU, US or other sanctions; and
  ii. that the Equipment will not be used for any purpose or activities which are sanctioned by the US and EU.

3.7 If Buyer:
  i. fails to complete the transfer of the Agreed Price in accordance with Clause 2 of this Agreement, and/or
  ii. if Buyer fails to take Delivery of the Equipment in accordance with Clause 3 of this Agreement,

then Seller shall from that moment on be released from all its obligations under this Agreement. Seller shall from that moment on have the right to immediately terminate the Agreement, to keep the non-refundable down-payment, claim direct damages and costs associated with such termination and to sell the Equipment to a third party.

MAMMOET

4. Payment Details. Unless otherwise provided in the Agreement, all payments to Seller under this Agreement shall be made by wire transfer to the account described below.

Bank details: Citibank NA
One Penns Way
New Castle, DE 19720
Account Number 38986207
Bank Swift Code/BIC: CITIUS33
ABA Number: 031100209
Currency: USD

Buyer will pay Seller the Agreed Price without setoff, offset or deduction.

5. Taxes.

5.1 Buyer shall be responsible for and shall pay all applicable taxes, fees, levies, duties, withholding or other charges (including any interest and penalties thereon), if any, imposed by any taxing authorities by reason of sale and delivery herein provided for.

6. Indemnification.

6.1 Seller hereby undertakes to indemnify the Buyer against all consequences of claims made against the Equipment which have been incurred prior to the time of collecting the Equipment at the Seller's yard.

6.2 The Buyer hereby undertakes to indemnify the Seller of all consequences of claims made against the Equipment which have been incurred after the time of collecting the Equipment at the Seller's yard.

6.3 In any event, and notwithstanding anything contained in this Agreement, in no circumstances shall the either Party be liable, in contract, tort (including negligence or breach of statutory duty) or otherwise, howsoever, and whatever the cause thereof, (i) for increased costs or expenses, or (ii) for any loss of profit, business, standstill, idle time, downtime, contracts, revenues, or anticipated savings, or (iii) for any special, indirect or consequential damage of any nature whatsoever.

6.4 Seller's liability shall under no circumstances exceed the Agreed Price set forth in this Agreement.

7. Termination. Without prejudice to its other rights under this Agreement, Seller may terminate this Agreement by giving written notice to Buyer at any time, in the event the Buyer has breached any of its obligations, representations or covenants contained in this Agreement.

A Party shall be deemed in breach of this Agreement only upon the failure to perform any obligation, representations or covenants under this Agreement after receipt of written notice of breach and failure to cure such breach within ten (10) business days after receipt of the notice.

MAMMOET

8. Notices. Any notices required hereunder shall be in writing and may be served either personally on the authorized representative of the receiving Party by facsimile, by courier or express delivery, or by certified mail to the address of that Party as shown below.

If to Seller:

**Mammoet USA South, Inc.**
20525 FM521
Rosharon, TX 77583
The United States of America
For the attention of: Tomas Villarino

If to Buyer:

**Forge Truck Centers LLC**
17170 US 30
Hinckley IL 60520
The United States of America
For the attention of: Cole Starodub

9. Force Majeure. Neither Party to the Agreement shall be responsible for breach of contract caused by event of Force Majeure, including but not limited to acts of god, insurrection, civil war, military operations, warlike operation, riots or rebellion, severe weather conditions, or any other event outside the reasonable control of the Party invoking Force Majeure. The Parties hereby accept the international provisions of Force Majeure and Hardship as published by the International Chamber of Commerce.

10. Governing Law and Resolution of Disputes. This Agreement shall be governed by and construed in accordance with the laws of State of Texas, The United States of America. The Parties hereby irrevocably and unconditionally submit to the jurisdiction of the courts of Harris County, Texas, The United States of America for any actions, suits or proceedings arising out of or relating to this Agreement and the transactions contemplated hereby.

11. Miscellaneous.

11.1 This Agreement (including the documents and instruments referred to herein) supersedes all prior representations, arrangements, understandings and agreements between the Parties or by any broker or agent (whether written or oral) relating to the subject matter hereof and sets forth the entire agreement and understanding between the Parties relating to the subject matter hereof.

11.2 The Buyer agrees that the Equipment has been made available for the Buyer's inspection at the Seller's premises, prior to purchase. The Seller assumes no responsibility for the Buyer's failure to inspect the Equipment.

11.3 The Seller makes no representations with regards to the Equipment's compliance, non-compliance or general suitability in relation to the import regulations or environmental laws of any country. Such risk shall remain with the Buyer at all times and the Buyer shall indemnify the Seller from any costs arising from said risk.

11.4 Buyer shall not assign its rights and obligations under this Agreement without obtaining the prior written consent of Seller. This Agreement shall be binding upon and inure to the benefit of the Parties hereto and their respective successor and permitted assigns.

11.5 No revision or modification of this Agreement shall be effective unless it is in writing and signed by Buyer and Seller.

IN WITNESS WHEREOF, the Parties have executed this Agreement by their duly authorized representatives as of the date and year first above written.

Mammoet USA South, Inc.

______________________

Tomas Villarino
Vice President - Americas

Forge Truck Centers LLC

________________________

Cole Starodub
CEO

MAMMOET

**Attachment 1 – Details of the Equipment**
**Agreement No.: 0000.768.10.2024**

**DETAILS OF THE EQUIPMENT**

**1 Used Equipment**

| | |
|---|---|
| Manufacturer: | Goldhofer Aktiengesellschaft |
| Model: | THP/DL 4-lines split |
| YOM: | 2007 |
| VIN Number: | WG0THPD4370029580 |
| Serial Number: | 29580 |
| MM Fleet nr: | 301444 |

**1 Used Equipment**

| | |
|---|---|
| Manufacturer: | Goldhofer Aktiengesellschaft |
| Model: | THP/DL 4-lines split |
| YOM: | 2007 |
| VIN Number: | WG0THPD4570029581 |
| Serial Number: | 29581 |
| MM Fleet nr: | 301580 |

**1 Used Equipment**

| | |
|---|---|
| Manufacturer: | Goldhofer Aktiengesellschaft |
| Model: | THP/DL 4-lines split |
| YOM: | 2007 |
| VIN Number: | WG0THPD4780029566 |
| Serial Number: | 29566 |
| MM Fleet nr: | 301443 |

**1 Used Equipment**

| | |
|---|---|
| Manufacturer: | Goldhofer Aktiengesellschaft |
| Model: | THP/DL 4-lines split |
| YOM: | 2008 |
| VIN Number: | WG0THPD4980029567 |
| Serial Number: | 29567 |
| MM Fleet nr: | 301579 |

**Including:**

- **2x PPU, 2x Headers, 2x 3-mtr. Drawbar and 2x THP/DL Platforms**

**Delivery: on an 'as is, where is Delivered at Place' (DAP incoterms 2010) base**

**Address:**

- **Forge Truck Centers LLC**
- **1301 E Wintergreen Rd**
- **Hutchins, TX 75141**
- **USA**

MAMMOET

**Attachment 2 – Declaration of Delivery**
**Agreement No.: 0000.768.10.2024**

**DECLARATION OF DELIVERY**

**WHEREAS**

The undersigned have transferred the ownership of Goldhofer THP/DL Trailers Incl. Auxiliary Items ("**Equipment**"), as per the Agreement numbered No.: 0000.768.10.2024 and dated 24th of October 2024 ("**Agreement")**.

**NOW THEREFORE IT IS AGREED AS FOLLOWS:**

The undersigned, declares that the Equipment has been delivered by Seller and received by Buyer in accordance with the terms and conditions of the Agreement.

As declared on ……………….in …………….

| Mammoet USA South, Inc. | Forge Truck Centers LLC |
| --- | --- |
| ______________________ | ________________________ |
| Tomas Villarino | Cole Starodub |
| Vice President - Americas | CEO |