**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FORGE TRUCK CENTERS, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.: 4:25-cv-03369** |
| | § | |
| **MAMMOET USA SOUTH, INC.,** | § | **JURY DEMANDED** |
| | § | |
| ***Defendant.*** | § | |

**PLAINTIFF FORGE TRUCK CENTERS, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff Forge Truck Centers, LLC ("Forge"), by and through its undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 7.1, makes these disclosures and certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

a. Plaintiff Forge Truck Centers, LLC, is a limited liability company organized under Illinois law. Its sole members are Cole Starodub and Michael DiGiuro, both citizens and residents of Illinois. Forge has no parent corporation and no publicly held corporation that owns 10% or more of its stock;

b. Akerman LLP, Alexandra I. B. Ledyard, Esq., and Samuel C. Zatz, Esq. (Counsel for Forge Truck Centers LLC).

Dated: August 7, 2025

Respectfully Submitted,

**AKERMAN LLP**

By: *<u>/s/ Alexandra I. B. Ledyard</u>*
Alexandra I. B. Ledyard
Texas Bar No. 24087903
S.D. Tex. No. 2211151
alexandra.ledyard@akerman.com
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF FORGE TRUCK CENTERS, LLC**

**OF COUNSEL:**

Samuel C. Zatz
Texas Bar No. 24106979
S.D. Tex. No. 3825239
sam.zatz@akerman.com
Akerman LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

**CERTIFICATE OF SERVICE**

This is to certify that on August 7, 2025, a true and correct copy of Plaintiff Forge Truck Centers, LLC's Certificate of Interested Persons and Corporate Disclosure Statement was served upon the following by the methods of delivery indicated below:

**VIA ELECTRONIC MAIL**
Mitchell D. Cohen, Esq.
Sydney E. Myones, Esq.
Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019
mcohen@vedderprice.com
smyones@vedderprice.com

/s/ Alexandra I. B. Ledyard
Alexandra I. B. Ledyard