**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **FORGE TRUCK CENTERS, L.L.C.,** | **CIVIL ACTION NO.: 4:25-cv-03369** |
| ***Plaintiff,*** | |
| **v.** | **JURY DEMANDED** |
| **MAMMOET USA SOUTH, INC.,** | |
| ***Defendant.*** | |

**MOTION TO WITHDRAW AS COUNSEL**

Counsel for Plaintiff, Forge Truck Centers, LLC ("Plaintiff") hereby moves this Court pursuant to Local Rule 83.2 for leave to withdraw as counsel for Plaintiff in this matter and in support thereof states follows:

1. Plaintiff filed this action on July 21, 2025 alleging breach of contract against Defendant. Defendant filed its answer on September 12, 2025. The parties engaged in initial disclosures and Defendant served interrogatories on Plaintiff.

2. During the fall of 2025, Plaintiff stopped paying its counsel for its services on this and other matters. (Declaration of Eric J. Gribbin in Support of Motion to Withdraw as Counsel ("Gribbin Decl."), attached hereto as Exhibit A, ¶ 3).

3. Plaintiff's counsel has made several demands for payment, but to date has not received payment. (Gribbin Decl., ¶ 4). Plaintiff's counsel does not foresee

any resolution of this impasse that will allow Plaintiff's counsel to continue to represent Plaintiff in this matter. (*Id*.).

4. Plaintiff's counsel has kept Plaintiff informed of deadlines in the case and has advised Plaintiff that, to continue in this matter, it must obtain substitute counsel authorized to appear before this Court. (Gribbin Decl., ¶ 5). To Plaintiff's counsel's knowledge, Plaintiff has not yet retained counsel who has appeared on its behalf in this matter. (*Id*.).

5. A copy of the signed Schedule/Docket Control Order in effect in this matter is attached hereto as Exhibit B. The next deadline is the discovery cutoff of July 15, 2026.

6. Plaintiff's contact information is:

Forge Truck Centers, LLC
2503 W Haven Ave.
New Lenox, IL 60451
(847) 495-0700
forgetruckcenters.com

7. No counsel will be substituted for Plaintiff upon withdrawal of the undersigned counsel. Plaintiff has agreed to this Motion.

8. Accordingly, Plaintiff's counsel respectfully requests that this Court grant it leave to withdraw as counsel for Plaintiff in this matter.

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(D), Plaintiff's counsel emailed Defendant's counsel a copy of this Motion and its supporting Declaration on June 19, 2026, requesting Defendant's position on this Motion. Defendant's counsel responded that Defendant has no position on the Motion.

Respectfully Submitted,

**AKERMAN LLP**

By: /s/ Alexandra I. B. Ledyard
Alexandra I. B. Ledyard
Texas Bar No. 24087903
S.D. Tex. No. 2211151
alexandra.ledyard@akerman.com
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF FORGE TRUCK CENTERS, LLC**

**OF COUNSEL:**

Samuel C. Zatz
Texas Bar No. 24106979
S.D. Tex. No. 3825239
sam.zatz@akerman.com
Akerman LLP

Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

**ATTORNEY-IN-CHARGE FOR PLAINTIFF FORGE TRUCK CENTERS, LLC**

**OF COUNSEL:**

Samuel C. Zatz
Texas Bar No. 24106979
S.D. Tex. No. 3825239
sam.zatz@akerman.com
Akerman LLP
1300 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

For Plaintiff Forge Truck Centers:

[signature]

Its: CEO

## CERTIFICATE OF SERVICE

This is to certify that on June 30, 2026, a true and correct copy of the attached Motion to Withdraw as Counsel was served upon the following by the methods of delivery indicated below:

**VIA ELECTRONIC MAIL**
Mitchell D. Cohen, Esq.
Sydney E. Myones, Esq.
Vedder Price
1633 Broadway, 31st Floor
New York, New York 10019
mcohen@vedderprice.com
smyones@vedderprice.com

Cole Starodub
Chief Executive Officer
Forge Truck Centers
2503 W Haven Ave.
New Lenox, IL 60451
(847) 495-0700
forgetruckcenters.com

/s/ Alexandra I. B. Ledyard
Alexandra I. B. Ledyard