**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **FORGE TRUCK CENTERS, L.L.C.,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**MAMMOET USA SOUTH, INC.,**<br><br>***Defendant.*** | **CIVIL ACTION NO.: 4:25-cv-03369**<br><br>**JURY DEMANDED** |

**DECLARATION OF ERIC J. GRIBBIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

I, Eric J. Gribbin, submit this Declaration in Support of Akerman LLP's Motion to Withdraw as Counsel for Plaintiff Forge Truck Centers, L.L.C. ("Plaintiff") in this matter:

1. I am over eighteen years of age and have full and personal knowledge of all of the statements contained in this Declaration and would testify to those statements if called as a witness at any proceeding.

2. I am a partner in the Chicago office of Akerman LLP. Akerman LLP, through my colleagues Alexandra Ledyard and Samuel Zatz of Akerman's Houston office, has represented Plaintiff in this case since its inception.

3. During the fall of 2025, Plaintiff stopped paying Akerman LLP for its services on this and other matters.

4. Plaintiff's counsel has made several demands for payment, but to date has not received payment. Plaintiff's counsel does not foresee any resolution of this impasse that will allow Plaintiff's counsel to continue to represent Plaintiff in this matter.

5. Plaintiff's counsel has kept Plaintiff informed of deadlines in the case and has advised Plaintiff that, to continue in this matter, it must obtain substitute counsel authorized to appear before this Court. To Plaintiff's counsel's knowledge, Plaintiff has not yet retained counsel who has appeared on its behalf in this matter.

6. Plaintiff's counsel has furnished Plaintiff with a copy of the Motion to Withdraw, which Plaintiff signed. I have conferred with counsel for Defendant Mammoet USA South, Inc., and they take no position on this motion.

ERIC J. GRIBBIN